CHARLES D. OWENS, Plaintiff, v. GEORGE S. WATERHOUSE and Others, Defendants.— Appeal dismissed, unless appellant shall file and serve the printed record by August fifteenth, and the printed briefs by September first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JACOB BURR, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ETTA BURR, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

## FIRST DEPARTMENT, JULY, 1928.

MARION G. MURPHY, Appellant, v. JOHN G. MURPHY, Respondent.— Judgment appealed from modified so that the complaint is dismissed, not upon the merits, but for failure of proof on plaintiff's part. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents and votes for judgment in favor of plaintiff.

JOSEPH KELLY v. SAMUEL KRASILOVSKY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK IAQUINTO, an Infant, v. CHARLES E. CHALMERS, as Receiver, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER IAQUINTO v. CHARLES E. CHALMERS, as Receiver, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS BLUMENKRANZ v. MIKE WEINBERG DRESS Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS MCWEENEY v. P. J. DURCAN, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEREMIAH J. SULLIVAN, an Infant, etc., v. ANDERSON BRICK COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY BAER v. ELIZABETH HARTOG and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL BERNSTEIN v. MACVEADY, INC.— Motion to dismiss appeal granted, unless appellant procure the appellant's points to be filed on or before August 1, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of TERESA GENTILE, as the Mother of DARIO GENTILE, an Infant, etc., and Other Infants, for Leave to Sell and Convey All Right, Share and Interest of Said Infants in Certain Real Property.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.